UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:93-CR-144-BO-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEVE HICKMAN | ) | |

This matter is before the Court on Defendant Steve Hickman's Motion for Reconsideration [DE 127]. Defendant moves this Court to reconsider its July 21, 2009 Order [DE 85] denying Defendant's Motion to Modify Sentence [DE 74]. On August 3, 2009, Defendant appealed the July 21, 2009 Order to the United States Court of Appeals for the Fourth Circuit [DE 87]. The Fourth Circuit affirmed this Court by an unpublished, per curiam opinion dated October 27, 2009 [DE 93]. Because the Order Defendant requests this Court to reconsider has been affirmed by the Fourth Circuit *in toto*, Defendant's Motion for Reconsideration of that Order is DENIED.

SO ORDERED.

This the 10 day of February, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE